UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 7:23-cr-00225-LSC-NAD-1 |
| ISIAH TEANTHONY JOY, | ) | |
| Defendant. | ) | |

MEMORANDUM OF OPINION AND ORDER

The defendant has filed a motion to dismiss the indictment. (Doc. 19.) The motion has been briefed by the parties. (Docs. 21, 26, 27.) The magistrate judge filed a report and recommendation, recommending that the motion be denied. (Doc. 33.) The defendant has objected. (Doc. 36.)

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objection thereto, the Court is of the opinion that the report is due to be and hereby is ADOPTED, the recommendation is ACCEPTED. Consequently, the motion to dismiss the indictment (doc. 19) is hereby DENIED.

**DONE** and **ORDERED** on January 22, 2024.

_____
L. Scott Coogler
United States District Judge

160704